[No. 37379-3-II. Division Two. April 14, 2009.]

LEDAURA LLC, *Respondent*, v. RANDY GOULD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-2-10979-5, Linda CJ Lee, J., entered February 1, 2008. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37444-7-II. Division Two. April 14, 2009.]

JERRY L. DARRAH, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01654-3, Gary R. Tabor, J., entered February 15, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Houghton and Quinn-Brintnall, JJ.

[No. 37743-8-II. Division Two. April 14, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKIE EUGENE CELLESTINE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 08-1-00287-0, Robert A. Lewis, J., entered April 30, 2008. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Houghton and Hunt, JJ.

[No. 26401-7-III. Division Three. April 14, 2009.]

*In Matter of the Estate of* JAMES ALBERT HARDER.

Appeal from a judgment of the Superior Court for Okanogan County, No. 05-4-00046-4, Jack Burchard, J., entered August 7, 2007. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Schultheis, C.J., and Sweeney, J.